WILLIAM C. BROWNING, Respondent, *v.* BENJAMIN W. STILWELL, Appellant.

*Browning* v. *Stilwell,* 93 App. Div. 613, affirmed.
(Submitted June 8, 1905; decided October 3, 1905.)

APPEAL from a·judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 11, 1904, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court and an order denying a motion for a new trial.

*William Warburton Scrugham* for appellant.

*Clarence E. Thornall* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.

---

FRIEDA VON SCHUCKMANN, Respondent, *v.* WALTER R. HEINRICH, as Administrator of the Estate of HERMAN O. HEINRICH, Deceased, Appellant.

*Von Schuckmann* v. *Heinrich,* 93 App. Div. 278, affirmed.
(Submitted June 9, 1905; decided October 3, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 23, 1904, modifying and affirming as modified a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*David B. Simpson* for appellant.

*Addison Gardner* and *James A. Speer* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.